```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Civil No. 15-435(DSD/HB)
```

Minneapolis Trailer Sales, Inc.,
Keith Kornovich and Mark Kornovich,

      Plaintiffs,

v.                                                   **ORDER**

The Lincoln National Life
Insurance Company,

  Defendant/Third-Party Plaintiff,

v.

Universitas Education, LLC and
Grist Mill Trust Welfare Benefit Plan,

      Third-Party Defendants.

    Kristin B. Rowell, Esq., Anthony Ostlund Baer & Louwagie, PA, 90 South 7th Street, Suite 3600, Minneapolis, MN 55402, counsel for plaintiffs.

    Jeffrey Mason, Esq., Stinson Leonard Street, LLP, 150 South 5th Street, Suite 2300, Minneapolis, MN 55402, counsel for defendant/third-party plaintiff.

    Paula Colbath, Esq., Loeb & Loeb, LLP, 345 Park Avenue, New York, NY 10154 and Rory D. Zamansky, Esq., Zelle Hofmann Voebel & Mason , LLP 500 Washington Avenue South, Suite 4000, Minneapolis, MN 55415, counsel for third-party defendants.

    This matter is before the court upon the request for permission to file a motion for summary judgment under the court's scheduling order and Rule 9 of the local rules of procedure for expedited trials by plaintiffs Minneapolis Trailer Sales, Inc., Keith Kornovich, and Mark Kornovich. Third-party defendant Universitas Education, LLC objects to the request. Based on a

review of the file, record, and proceedings herein, the court grants the request.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The request to file a motion for summary judgment [ECF No. 69] is granted;

2. The hearing on the motion for summary judgment will take place at 9:00 a.m. on Friday, January 8, 2016; and

3. The parties must follow the procedures set forth in the scheduling order dated April 23, 2015, relating to dispositive motion practice [ECF No. 40].

Dated:  October 21, 2015

s/David S. Doty
David S. Doty, Judge
United States District Court
